UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No. **ED CV20-2364 MCS (KKx)**  Date  March 8, 2021

Title  *Danny Armenta v. Stater Bros. Markets et al*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christina M. Lucio | Ankit H. Bhakta |
| Mitchell J. Murray | Brendan W. Brandt |

**Proceedings:**  **PLAINTIFFS' MOTION TO REMAND CASE TO RIVERSIDE SUPERIOR COURT (ECF No. [10])**

The motion hearing is held by Zoom videoconference. Counsel, the Court, and court staff all appear in that manner. Recording or rebroadcasting of the proceedings is strictly prohibited.

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiffs' Motion to Remand Case to Riverside Superior Court [10] (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued. The Motion to Dismiss and/or Strike Plaintiffs' Complaint [18] currently set for March 15, 2021 will remain on calendar.

**IT IS SO ORDERED.**