JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ARMENTA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATER BROS. MARKETS, a California Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case Nos. 5:20-cv-02364-MCS-KK<br>5:21-cv-00583-MCS-KK<br><br>**ORDER REMANDING ACTION** |

| | |
|---|---|
| 1 | Having considered the parties' Joint Stipulation and good cause appearing, the Court orders that case number 5:20-cv-02364-MCS-KK styled *Danny Armenta v. Stater Bros. Markets* is remanded to Riverside County Superior Court by stipulation of the parties. The Clerk of Court shall close the case. |

IT IS SO ORDERED.

Date: May 27, 2021

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT COURT JUDGE